[No. 73046-1-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA LEE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02039-1, LeRoy McCullough, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Leach, JJ.

[No. 73262-5-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY DARYLL BENTLEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04868-4, Chad Allred, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 73333-8-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCO BAILON WENCES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02635-7, George F.B. Appel, J., entered March 23, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Schindler, JJ.

[No. 73341-9-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA DAWN HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04216-3, LeRoy McCullough, J., entered February 13, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Trickey, JJ.